

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CUNDIFF,<br>(Inmate no. 83949)<br><br>Plaintiff,<br><br>vs.<br><br>NDOC, *et al.*,<br><br>Defendants. | 3:12-cv-00444-RCJ-VPC<br><br>**ORDER** |

William Cundiff, an inmate at the High Desert State Prison, submitted a *pro se* Civil Rights Complaint (received August 20, 2012), but has not submitted a complete application to proceed in forma pauperis. Moreover, the Court has reviewed the proposed complaint and notes that it is inadequate to proceed as drafted on several bases.

First, there is no information about any "person" who has violated plaintiff's constitutional rights. "Traditionally, the requirements for relief under § 1983 have been articulated as :(1) a violation of rights protected by the Constitution or created by federal statute, (2) proximately caused (3) by conduct of a 'person' (4) acting under color of state law." *Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991). Naming the single defendant NDOC is insufficient.

Second, the form is incomplete as it has not been signed by the plaintiff. Fed. R. Civ.

1  P. 11 requires that each pleading, written motion, and other paper be signed by an attorney of record
2  or by a party. In this case, because plaintiff is not represented by counsel, he is required to sign the
3  complaint on his own behalf.
4        Third, the claims in the complaint are indecipherable. The Court cannot discern what
5  plaintiff is complaining of, although it appears he is trying to claim that the water and milk taste bad
6  and that cigarettes either are or are not harmful.
7        Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter
8  judgment accordingly.
9        Dated, this 21st day of November, 2012.

                              UNITED STATES DISTRICT JUDGE